IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| LONNIE WESTON, | ) |
| | ) |
| | ) JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-5054-CV-SW-ODS |
| | ) Crim No. 03-05038-01-CR-SW-ODS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED denying motion for postconviciton relief and declining to issue certificate of appealabliity.**

        ANN THOMPSON,
        Clerk of Court

DATE: 11/30/2009         /s/ Eva Will-Fees
        Eva Will-Fees, Courtroom Deputy